IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2011 APR 15 PM 3: 46
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
SANDRA S. BRAXTON )
PHILIP J. BRAXTON )
)
        Debtors ) CH 13 Case No. 08-41864
)
) **TRANSMITTAL OF UNCLAIMED FUNDS**

TO THE CLERK - U.S. BANKRUPTCY COURT:

1. Ninety days have passed since Final Distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The name of the persons to whom such unnegotiated check was issued, the amount of such check and its last known address is:

    SANDRA S. BRAXTON
    PHILIP J. BRAXTON
    4005 HOWARD STREET
    YOUNGSTOWN, OH 44512

                      $7.37

       **TOTAL:**       **$7.37**

2. A check in the amount of $64.05, payable to the Clerk of the United States Bankruptcy Court is attached to this report and list and includes remittance of the above funds.

3. Nothing further remains to be done in this case.

DATED this _14th_ day of April, 2011.

                                    MICHAEL A. GALLO, TRUSTEE
                                    20 Federal Plaza West
                                    Suite #602
                                    Youngstown, OH 44503
                                    (330) 743-1246

MICHAEL A. GALLO, STANDING CHAPTER 13 TRUSTEE, YOUNGSTOWN, OHIO

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

IN Re: ) KAY WOODS
) U.S. BANKRUPTCY JUDGE
SANDRA S. BRAXTON )
PHILIP J. BRAXTON )
)
Debtors ) CH 13 Case No. 08-41864
)
)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing TRANSMITTAL OF UNCLAIMED FUNDS was sent this ___14th___ day of April, 2011, by electronic transmission to:

Office of the U.S. Trustee
Howard M. Metzenbaum
U.S. Courthouse
201 Superior Ave. E
Suite #441
Cleveland, OH 44114-1240

MICHAEL A. GALLO, TRUSTEE
20 Federal Plaza West
Suite #602
Youngstown, OH 44503

By: /s/ Jennifer Buchmann
Jennifer Buchmann - Assistant

CLERK OF THE U.S. BANKRUPTCY COURT
FEDERAL BUILDING & COURT HOUSE
10 E COMMERCE STREET
YOUNGSTOWN, OH 44503

Trustee:67　　　TR-009A　　　CREDITOR:523237　　　Page 1 OF 1

VOUCHER FOR CHECK: 872851
DATED: 2011/03/25

| NAME OF CREDITOR | CASE | CLS | CRE F | DEBTORS NAME | ACCOUNT NUMBER | AMOUNT IN THE CHECK PRINCIPAL | AMOUNT IN THE CHECK INTEREST | PAID TO DATE PRINCIPAL | PAID TO DATE INTEREST | NEW BALANCE PRINC + INT |
|---|---|---|---|---|---|---|---|---|---|---|
| CLERK OF THE U.S. BANKRUPTCY C | 0640370 | 926 | 6 | 69 HUFFMAN, WILLIAM PAGAN-HUFFMAN, GLORIA | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0640907 | 926 | 6 | 14 NANCE, JACK R NANCE, EUTONA L | UNCLAIMED FUNDS | 12.31 | 0.00 | 12.31 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0742285 | 926 | 6 | 19 HAKE, CHERYL A. | UNCLAIMED FUNDS | 13.88 | 0.00 | 13.88 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0841864 | 926 | 6 | 28 BRAXTON, SANDRA S. BRAXTON, PHILIP J. | UNCLAIMED FUNDS | 7.37 | 0.00 | 7.37 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0842055 | 926 | 6 | 21 THORPE, CECIL M. THORPE, MYRTLE M. | UNCLAIMED FUNDS | 5.01 | 0.00 | 5.01 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0940093 | 926 | 6 | 30 ARTHUR, PAUL A. ARTHUR, CHRISTY L. | UNCLAIMED FUNDS | 15.48 | 0.00 | 15.48 | 0.00 | 0.00 |
| CLERK OF THE U.S. BANKRUPTCY C | 0942844 | 926 | 6 | 29 GUERRERO, DENNIS R GUERRERO, PATRICIA R | UNCLAIMED FUNDS | 5.00 | 0.00 | 5.00 | 0.00 | 0.00 |

CURRENT CHECK
#ITEMS 7
PRINCIPAL 64.05
INTEREST 0.00
PRINC + INT 64.05

08-41864-kw　Doc 38　FILED 04/15/11　ENTERED 04/15/11 16:09:08　Page 3 of 3